**In re: Kent GRIFFIN, Petitioner.**

No. 05–6680.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 26, 2005.

Kent Griffin, Petitioner pro se.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kent Griffin petitions for writ of mandamus, requesting an order requiring the district court to rule on his pending motion under the All Writs Act. Our review of the district court docket sheet reveals that the district court has recently denied Griffin's motion. Accordingly, because the district court has decided Griffin's case, we grant permission to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*